Gwendolyn SCHWARTZ, Executrix of the Estate of Seymour M. Schwartz v. TOWN OF NORWICH, No. 155-77

September 13, 1978. Cause remanded for entry of judgment order in accordance with memorandum of decision and return. Jurisdiction retained.

John C. FAIRCHILD v. John M. CAROLAN, No. 313-77

September 13, 1978. Appellant's Brief to be filed by September 25, 1978, otherwise appeal dismissed.

Francis J. TIMNEY and Susan F. Timney v. Lynton A. WORDEN, Jr. and Jane R. Worden, No. 353-77

September 13, 1978. Judgment reversed and cause remanded for findings of fact.

STATE of Vermont v. Chester A. PARIZO, No. 226-78

September 14, 1978. The notice of appeal not being timely filed under V.R.A.P. 4, the appeal is dismissed. *State* v. *Savo*, 136 Vt. 330, 388 A.2d 391 (1978).

Lucien J. FOURNIER v. Adelard J. FOURNIER, No. 73-78

September 22, 1978. The order of January 28, 1978, appealed from, attempts to modify an existing divorce judgment without stipulation or hearing. It is accordingly vacated and the cause is remanded for hearing.

Barbara COLM v. Claus COLM, No. 110-78

September 22, 1978. Motion to Dismiss denied.

Alice V. ATWOOD, Individually and as Executrix of the Estate of Robert Atwood v. Edward Henry KERR, Jr., No. 42-77

AMERICAN FIDELITY COMPANY v. Edward H. KERR, Jr., Alice V. Atwood, Executrix of the Estate of Robert W. Atwood; and Lumberman's Mutual Company, No. 206-78

September 26, 1978. Motion to Consolidate Appeals is denied.